UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br> Plaintiff, <br> v. <br> BEZAWADA, INC., <br> Defendant. | Case No.18-cv-07639-VKD <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER** |

Plaintiff Chong's Produce, Inc. ("Chong's Produce") filed this action on December 19, 2018. The Court issued an initial case management scheduling order on December 20, 2018, ordering the parties to file a joint case management statement by March 12, 2019 and to appear for an initial case management conference set for March 19, 2019. Dkt. No. 6. The parties did not file a joint case management statement by the March 12 deadline.

Accordingly, the parties are ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against them for failure to file the joint case management statement as the Court ordered. A written response to this Order must be filed by **March 15, 2019**. The Court will hold a hearing on this Order to Show Cause on **March 19, 2019, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95008.

**IT IS SO ORDERED.**

Dated: March 13, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge