UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br> Plaintiff, <br> v. <br> BEZAWADA, INC., <br> Defendant. | Case No.18-cv-07639-VKD <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff Chong's Produce, Inc. informs the Court that the parties have settled this action. Dkt. No. 10. On the basis of that representation, all previously scheduled deadlines and appearances are VACATED.

On or before **April 22, 2019**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendant has not yet appeared, plaintiff may file a notice of dismissal pursuant to Rule 41(a)(1)(i).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California on **April 30, 2019, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 23, 2019** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

The Order to Show Cause re Failure to Comply With Court Order (Dkt. No. 9) is hereby discharged.

**IT IS SO ORDERED.**

Dated: March 15, 2019


VIRGINIA K. DEMARCHI
United States Magistrate Judge